**Order filed January 9, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00106-CV
_____

### IN RE DEAN E. SMITH, Relator

On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2009-33707

## ORDER

The court withdraws its memorandum opinion of November 14, 2019, and its ruling on relator's Motion to Dismiss for Mootness. Relator's petition for writ of mandamus and Motion to Dismiss for Mootness remain pending before the court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.